**UNITED STATES of America, Plaintiff–Appellee**

v.

**Alejandro MARTINEZ–TAVERA, also known as Alejandro Tavera–Martinez, Defendant–Appellant.**

No. 11–41171
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Sarah Beth Landau, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Alejandro Martinez–Tavera raises an issue that he concedes is foreclosed by *United States v. Ayala*, 542 F.3d 494, 494–95 (5th Cir.2008), which held that the Texas offense of indecency with a child under seventeen years of age is sexual abuse of a minor for purposes of the U.S.S.G. § 2L1.2 crime of violence enhancement. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.